OPINION — AG — AFTER AN ALIAS TAX WARRANT IS ISSUED REAL PROPERTY MAY BE SOLD FOR A PERSONAL PROPERTY TAX DEPT IN THE SAME MANNER AS PROPERTY IS SOLD AT EXECUTION, AND FAILURE ON THE PART OF THE SHERIFF TO PROPERLY EXECUTE OR RETURN AN ALIAS TAX WARRANT WOULD SUBJECT HIM TO A MANDAMUM ACTION. CITE: 68 O.S. 1965 Supp., 24304 [68-24304], 68 O.S. 1961 353 [68-353], 68 O.S. 1965 Supp., 24307 [68-24307] (JEFF HARTMANN)